THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM C. MATHEWS, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion for reargument of motion to appeal on typewritten papers denied. (See memorandum filed in *People ex rel. Maconi* v. *Murphy,* 11 A D 2d 1095.)

 THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW L. STAPLES, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. — Motion to appeal on typewritten papers denied for lack of merit. (See memorandum filed in *People ex rel. Maconi* v. *Murphy,* 11 A D 2d 1095.)